# United States Court of Appeals for the Federal Circuit

---

**LA MOLISANA S.P.A., VALDIGRANO DI FLAVIO PAGANI S.R.L.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2060

---

Appeal from the United States Court of International Trade in Nos. 1:21-cv-00291-RKE, 1:21-cv-00292-RKE, Senior Judge Richard K. Eaton.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED-IN-PART, AFFIRMED-IN-PART, AND REMANDED**

FOR THE COURT

June 5, 2025
Date

Jarrett B. Perlow
Clerk of Court